[No. 13800-0-II.   Division Two.   October 16, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FREEMAN ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-01153-1, Barbara D. Johnson, J., entered April 30, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.

[No. 13859-0-II.   Division Two.   October 16, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK DUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-04016-8, Donald H. Thompson, J., entered April 3, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 10620-9-III.   Division Three.   October 17, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS KEITH RANSOM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-00299-0, Harold D. Clarke, J., entered February 13, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Green, J. Pro Tem.